1  LAURA E DUFFY
   United States Attorney    UNSEALED 1/9/14
2  CAROLINE P. HAN
3  Assistant U.S. Attorney
   California Bar No.: 250301
4  Office of the U.S. Attorney
5  880 Front Street, Room 6293
   San Diego, CA 92101
6  Tel: (619) 546-6968
7  Fax: (619) 546-0831
   Email: caroline.han@usdoj.gov
8
9  Attorneys for the United States


FILED
JAN 0 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'14MJ0057

| UNITED STATES OF AMERICA, | No. |
|---|---|
| Plaintiff, | **APPLICATION FOR AND ORDER SEALING COMPLAINT, ARREST WARRANT AND ACCOMPANYING MATERIALS, AND THIS APPLICATION AND SEALING ORDER <u>UNDER SEAL</u>** |
| v. | |
| HASSAN RAFIEE (1), MAJID NOURI (2), IDIN RAFIEE (3) | |
| Defendants. | |

COMES NOW, the Plaintiff, United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Caroline P. Han Assistant United States Attorney, and hereby moves that the complaint, arrest warrant, and accompanying materials, including this application and Order, be sealed until further notice. This matter involves a continuing criminal investigation of several individuals, one of whom resides in the Southern District of Texas, and several others



who are outside of the United States. There is reason to believe that notification of the existence of this complaint and the accompanying materials will result in destruction or tampering with evidence, and will seriously jeopardize the success of the investigation.

IT IS HEREBY ORDERED that the complaint, arrest warrant, and accompanying materials, including this application and Order, are sealed until otherwise ordered by the Court.

Dated: January 7, 2014

Hon. Barbara L. Major
United States Magistrate Judge

Presented by:
LAURA E. DUFFY
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney